IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:08-CV-916-TMH |
| ) | [WO] |
| WARDEN DANIELS, *et al.,* ) | |
| ) | |
| Defendants. ) | |

**OPINION AND ORDER**

On January 29, 2009, the Magistrate Judge filed a Report and Recommendation (Doc. 23) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. 23) of the Magistrate Judge is ADOPTED;
2. The plaintiff's motion to dismiss be GRANTED;
3. The claims against officer Staples be DISMISSED with prejudice;
4. Officer Staples be DISMISSED as a party to this cause of action;
5. The loss of property claim be DISMISSED with prejudice; and
6. This case, with respect to the plaintiff's deliberate indifference claims against the remaining defendants, be referred back to the undersigned for additional proceedings.

Done this the   2nd    day of March, 2009.

/s/ Truman M. Hobbs

SENIOR UNITED STATES DISTRICT JUDGE