IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:08-CV-916-TMH |
| | )       [WO] |
| WARDEN DANIELS, *et al.,* | ) |
| | ) |
|    Defendants. | ) |

**OPINION AND ORDER**

On April 9, 2009, the Magistrate Judge filed a Report and Recommendation (Doc. 45) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. 45) of the Magistrate Judge is ADOPTED;

2. The plaintiff's April 7, 2009 motion to dismiss be GRANTED;

3. The claims against officers Williams and Moore be DISMISSED without prejudice;

4. Officer Williams and Moore be dismissed as parties to this cause of action; and

5. This case, with respect to the plaintiff's deliberate indifference claims against the remaining defendants, be referred back to the undersigned for additional proceedings.

Done this the 27th day of April, 2009.

                                            /s/ Truman M. Hobbs

                                        SENIOR UNITED STATES DISTRICT JUDGE