IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:08-CV-916-TMH |
| | ) |
| WARDEN DANIELS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

For good cause, it is

ORDERED that the Recommendation entered on May 28, 2010 (Court Doc. No. 62) be and is hereby WITHDRAWN.

Done this 23rd day of June, 2009.

      /s/ Terry F. Moorer
      TERRY F. MOORER
      UNITED STATES MAGISTRATE JUDGE