IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:08-CV-916-TMH |
| | ) [WO] |
| WARDEN DANIELS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On June 25, 2010, the Magistrate Judge filed a Report and Recommendation (Doc. 64) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. 64) of the Magistrate Judge is ADOPTED;

2. The motion for preliminary injunction filed by the plaintiff be DENIED; and

3. This case be referred back to the magistrate judge for additional proceedings.

Done this the 17th day of September, 2010.


/s/ Truman M. Hobbs

SENIOR UNITED STATES DISTRICT JUDGE