IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, ) | |
| ) | |
| Plaintiff, ) | |
| v.   ) | CASE NO.  2:08-cv-0916-TMH |
| ) | WO |
| WARDEN DANIELS, *et al.,*   ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #73) to the Recommendation of the Magistrate Judge filed on February 1, 2012 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #72) filed on January 18, 2012 is adopted;

3. The defendant's motion for summary judgment is GRANTED and this case is DISMISSED with prejudice.

DONE this the 2nd day of March, 2012.

/s/ Truman M. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE